# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

DEBORAH LAUFER,

        Plaintiff,

v.

TRIBHUVAN REAL ESTATE LP,

        Defendant.

_____

Case No.: 2:20-cv-01188

## AFFIDAVIT – DEFAULT JUDGMENT
## SERVICEMEMBERS CIVIL RELIEF ACT

I, Tristan Gillespie, say that I am Plaintiff's counsel in the above-captioned matter; that Defendant is not in the military service or in any branch of the armed forces of the United States or its allies or otherwise within the provisions of the Servicemember's Civil Relief Act, formally the Soldiers' and Sailors' Civil Relief Act of Congress of 1940, and the amendments thereto.

      Respectfully submitted,

      Attorney for Plaintiff:

7

*/s/ Tristan W. Gillespie*
Tristan W. Gillespie, Esq.
Thomas B. Bacon, P.A.
5150 Cottage Farm Rd.
Johns Creek, GA 30022
ph. (404) 276-7277
Gillespie.tristan@gmail.com

I affirm this 9th day of October, 2020, under penalties of perjury under the laws of Pennsylvania, that the foregoing is true, and I understand that the foregoing may be used in an action or proceeding in a court of law.

*/s/ Tristan W. Gillespie*
Attorney for Plaintiff

7